IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GAIRAT SAADULLOEV,** : | Civil No. 1:23-cv-0805 |
| : | |
| Petitioner, : | |
| : | **(Judge Sylvia H. Rambo)** |
| v. : | |
| : | |
| **MERRICK GARLAND,** : | |
| : | |
| Respondents. : | |

# O R D E R

AND NOW, this 24th day of May, 2023, upon consideration of Magistrate Judge Schwab's Report and Recommendation (Doc. 3) which recommends that the court transfer the petition to the United States District Court for the Western District of Pennsylvania where Petitioner Gairat Saadulloev is presently confined, and noting that Petitioner, by and through counsel, has no objection to the transfer (Doc. 5), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 3) is **ADOPTED**;

2) The Clerk of Court shall transfer the captioned action to the Western District of Pennsylvania and close this file.

                                                   s/Sylvia H. Rambo
                                                   Sylvia H. Rambo
                                                   United States District Judge